UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

STEADFAST INSURANCE COMPANY,

    Plaintiff,

v.                                3:22-cv-01306-SRU

SHAMBAUGH & SON, L.P.,
EMCOR GROUP, INC,

    Defendants.

## JUDGMENT

This matter came on for consideration on cross motions for summary judgment before the Honorable Stefan R. Underhill, United States District Judge. The claims against defendant EMCOR GROUP, INC were previously dismissed by the Court as stated on the record on June 23, 2023.

Following oral argument held on May 21, 2024, and having considered the full record of the case, the Court entered its ruling on September 13, 2024, granting the plaintiff's motion for summary judgment and denying the defendant's motion for partial summary judgment. It is therefore;

ORDERED, ADJUDGED, and DECREED that judgment is entered in favor of the plaintiff, STEADFAST INSURANCE COMPANY, against the defendant, SHAMBAUGH & SON, L.P., and the case is closed.

Dated at Bridgeport, Connecticut, this 13th day of September 2024.

                                                                      DINAH MILTON KINNEY, Clerk

                                                                      By:  /s/ Julia Reis
                                                                         Deputy Clerk

EOD: 9/13/24